# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-00155-01-CR-W-BP |
| ) | |
| CURTIS TAYLOR, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case comes before the Court on Defendant Curtis Taylor's Motion for Examination to Determine Competency. (Doc. 21.) United States Magistrate Judge John T. Maughmer has recommended that this Court enter an Order finding Defendant competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense. (Doc. 25.) Neither party objects to this recommendation.

After an independent and careful review, the Court hereby **ADOPTS** Judge Maughmer's Report and Recommendation. The Court hereby finds Defendant competent to stand trial.

**IT IS SO ORDERED.**

                                                     /s/ Beth Phillips  
                                                    BETH PHILLIPS, JUDGE  
                                                    UNITED STATES DISTRICT COURT

DATE: August 14, 2013